In re Enterprise Community Funding, LLC
List of Creditors

Sheldon Abramovitch
1920 S. Ocean Drive, Penthouse 2
Hallandale, FL 33009

Bank of New York
101 Barclay Street
New York, NY  10286

Ditech Financial LLC
1100 Virginia Drive, Suite 100A
Fort Washington, PA  19034

Greystone
157 West 57th Street
New York, NY  10019

Law Firm of Seth Stein, P.C.
120 Broadway, 28th Floor
New York, NY  10271

MLF3 Wallabout LLC
315 Madison Avenue, 3rd Floor
New York, NY  10017

Yoel Rosenberger
160 Wilson Street, Apt. 2C
Brooklyn, NY  11211