UNITED STATES BANKRUPTCY COURT
Eastern DISTRICT OF New York

In re 293 Franklin LLC

**Debtor**

Case No. 19-45035 (CEC)

Reporting Period: 10/01/2019 - 10/31/2019

Federal Tax I.D. # 36-4748914

### SINGLE ASSET REAL ESTATE COMPANIES

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**

*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | ✓ | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | ✓ | |
| Balance Sheet | MOR-3 (RE) | ✓ | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | ✓ | |
| Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | ✓ | |
| Payments to Insiders and Professional | MOR-6 (RE) | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | | |
| Cash Flow Projection | MOR-7 (RE) | ✓ | |
| Debtor Questionnaire | MOR-8 (RE) | ✓ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor  _MW ◢_

Date  _11/25/'19_

Name and Title  _Mike Kohn    Member_

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re 293 Franklin LLC

**Debtor**

Case No. 19-45035 (CEC)

Reporting Period: 10/01/2019 - 10/31/2019

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month
or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH -
ACTUAL" column must equal the sum of the three bank account columns. Attach copies of the bank statements and the cash disbursements journal.
The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be
attached for each account. [See MOR-1 (CON'T)]

|  | BANK ACCOUNTS | | | |
|---|---|---|---|---|
|  | OPER | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| ACCOUNT NUMBER (LAST 4) |  |  |  |  |
| **CASH BEGINNING OF MONTH** |  |  |  | 8626.37 |
| **RECEIPTS** |  |  |  |  |
| CASH SALES |  |  |  | 9,090 |
| ACCOUNTS RECEIVABLE - PREPETITION |  |  |  | 822 |
| ACCOUNTS RECEIVABLE - POSTPETITION |  |  |  | 838 |
| LOANS AND ADVANCES |  |  |  |  |
| SALE OF ASSETS |  |  |  |  |
| OTHER *(ATTACH LIST)* |  |  |  |  |
| TRANSFERS *(FROM DIP ACCTS)* |  |  |  |  |
| **TOTAL RECEIPTS** |  |  |  | 10,750 |
| **DISBURSEMENTS** |  |  |  |  |
| NET PAYROLL |  |  |  |  |
| PAYROLL TAXES |  |  |  |  |
| SALES, USE, & OTHER TAXES |  |  |  |  |
| INVENTORY PURCHASES |  |  |  |  |
| SECURED/ RENTAL/ LEASES |  |  |  |  |
| INSURANCE |  |  |  |  |
| ADMINISTRATIVE |  |  |  |  |
| SELLING |  |  |  | 5000 |
| OTHER *(ATTACH LIST)* |  |  |  | 2,287.72 |
| OWNER DRAW * |  |  |  |  |
| TRANSFERS *(TO DIP ACCTS)* |  |  |  |  |
| PROFESSIONAL FEES |  |  |  |  |
| U.S. TRUSTEE QUARTERLY FEES |  |  |  |  |
| COURT COSTS |  |  |  |  |
| **TOTAL DISBURSEMENTS** |  |  |  | 7,287.72 |
|  |  |  |  |  |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) |  |  |  | 3,462 |
|  |  |  |  |  |
| CASH – END OF MONTH |  |  |  | 12,088.65 |

X see Bank statement (for OTHER)

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** |  |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS |  |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) |  |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** |  |

In re 293 Franklin LLC          Case No. 19-45035 (CEC)
    **Debtor**          **Reporting Period:** 10/01/2019 - 10/31/2019

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

✴ SEE Bank Statements

|  | Operating | Tax | Other |
|---|---|---|---|
|  | # | # | # |
| **BALANCE PER BOOKS** |  |  |  |
|  |  |  |  |
| BANK BALANCE |  |  |  |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* |  |  |  |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* |  |  |  |
| OTHER *(ATTACH EXPLANATION)* |  |  |  |
|  |  |  |  |
| **ADJUSTED BANK BALANCE \*** |  |  |  |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Date | Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| CHECKS OUTSTANDING | Ck # | Ck # | Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**OTHER**

**In re** 293 Franklin LLC

**Debtor**

**Case No.** 19-45035 (CEC)

**Reporting Period:** 10/01/2019 - 10/31/2019

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Rental Income | 9,090 | 15,688 |
| Additional Rental Income | | |
| Common Area Maintenance Reimbursement | | |
| Total Income *(attach MOR-5 (RE) Rent Roll)* | 9,090 | 15,688 |
| OPERATING EXPENSES | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Cleaning and Maintenance | 2,062 | 2,062 |
| Commissions | 5,000 | 5,000 |
| Officer/Insider Compensation* | | |
| Insurance | 562.01 | 1,672.03 |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Other Interest | | |
| Repairs | | 500 |
| Supplies | | |
| Taxes - Real Estate | | |
| Travel and Entertainment | | |
| Utilities | 25.44 | 1,803.98 |
| Other *(attach schedule)* | 200.28 | 200.28 |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | 1,240.22 | 4,449.71 |
| OTHER INCOME AND EXPENSES | | |
| Other Income *(attach schedule)* | | |
| Interest Expense | | |
| Other Expense *(attach schedule)* | | |
| Net Profit (Loss) Before Reorganization Items | | |
| REORGANIZATION ITEMS | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | 325 | 325 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Property | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | 915,22 | 4,124.71 |

\* See Bank Statement

*"Insider" is defined in 11 U.S.C. Section 101(31).

**In re** 293 Franklin LLC                                    **Case No.** 19-45035 (CEC)
         **Debtor**                                  **Reporting Period:** 10/01/2019 - 10/31/2019

### BREAKDOWN OF "OTHER" CATEGORY

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re **293 Franklin LLC**  
    **Debtor**

**Case No.**     **19-45035 (CEC)**  
**Reporting Period:**     **10/01/2019 - 10/31/2019**

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Unrestricted Cash and Equivalents | 12,088.65 | 8,626.32 | |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | 0 | 838 | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | | | |
| *TOTAL CURRENT ASSETS* | 12,088.65 | 9,464.32 | |
| **PROPERTY & EQUIPMENT** | | | |
| Real Property and Improvements | 1,500,000 | 1,500,000 | |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less:  Accumulated Depreciation | | | |
| *TOTAL PROPERTY & EQUIPMENT* | 1,500,000 | 1,500,000 | |
| **OTHER ASSETS** | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* | | | |
| *TOTAL OTHER ASSETS* | | | |
| *TOTAL ASSETS* | 1,512,088.65 | 1,509,464.32 | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | |
| Accounts Payable | 562.01 | 0 | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | | | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| *TOTAL POST-PETITION LIABILITIES* | 562.01 | 0 | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt | 6,136,744.53 | 6,136,744.55 | |
| Priority Debt | | | |
| Unsecured Debt | 1,630,000 | 1,630,000 | |
| *TOTAL PRE-PETITION LIABILITIES* | 7,766,744.53 | | |
| *TOTAL LIABILITIES* | 7,766,306.58 | 7,766,744.54 | |
| **OWNERS' EQUITY** | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | | | |
| Retained Earnings - Post-petition | | | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions  *(attach schedule)* | | | |
| *NET OWNERS' EQUITY* | | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re __293 Franklin LLC__        **Case No.** __19-45035 (CEC)__

     **Debtor**        **Reporting Period:** __10/01/2019 - 10/31/2019__

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |

Restricted Cash:   Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

**In re** 293 Franklin LLC

**Debtor**

**Case No.** 19-45035 (CEC)

**Reporting Period:** 10/01/2019 - 10/31/2019

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| | | | Number of Days Past Due | | | |
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Real Estate Taxes | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

**In re** 293 Franklin LLC

     **Debtor**

**Case No.** 19-45035 (CEC)

**Reporting Period:** 10/01/2019 - 10/31/2019

## RENT ROLL

A rent roll must be included for each property.  The debtor's rent roll may be substituted for this page.  Attach additional sheets as needed.

**Property:** _____

**Square Footage:** _____

| Tenant | Unit # | Office Area | Warehouse Area | Total Sq. Ft. | % of Bldg. | Lease Type | Lease Term | Lease Start | Lease End | Monthly Rent | Annual Rent | Common Area Maint. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Noah Mauldin | 1 | | | | | | | 1/1/'19 | 12/31/'19 | 1,475 | 17,700 | |
| Reyna Bzzw | 1B | | | | | | | 9/1/'19 | 8/31/'20 | 2,275 | 27,300 | |
| Tara Papoulesh | 2 | | | | | | | 6/1/'19 | 5/31/'20 | 2,850 | 34,200 | |
| Junhao Zhu | 3 | | | | | | | 9/1/'19 | 8/31/2020 | 2,445 | 29,340 | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | Totals | 9,045 | 108,540 | |

FORM MOR-5 (RE)
2/2008
PAGE 1 OF 1

In re 293 Franklin LLC
      **Debtor**

**Case No.** 19-45035 (CEC)
**Reporting Period:** 10/01/2019 - 10/31/2019

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

In re 293 Franklin LLC
    Debtor

Case No. 19-45035 (CEC)
Reporting Period: 10/01/2019 - 10/31/2019

## CASH FLOW PROJECTION FOR THE PERIOD _____ THROUGH _____

A cash flow projection must be included for each property. The debtor's cash flow projection may be substituted for this page. Attach additional sheets as needed. This projection needs to be completed at the beginning of the case, every year, or when there are significant changes (i.e. tenant change, rent change, etc.)

Property: _____
Square Footage: _____

*See Budget Attached*

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | |
| Rental Income | | | | | | | | | | | | |
| Additional Rental Income | | | | | | | | | | | | |
| Common Area Maintenance Reimbursement | | | | | | | | | | | | |
| Total Income | | | | | | | | | | | | |
| **OPERATING EXPENSES** | | | | | | | | | | | | |
| Advertising | | | | | | | | | | | | |
| Auto and Truck Expense | | | | | | | | | | | | |
| Cleaning and Maintenance | | | | | | | | | | | | |
| Commissions | | | | | | | | | | | | |
| Officer/Insider Compensation* | | | | | | | | | | | | |
| Insurance | | | | | | | | | | | | |
| Management Fees/Bonuses | | | | | | | | | | | | |
| Office Expense | | | | | | | | | | | | |
| Other Interest | | | | | | | | | | | | |
| Repairs | | | | | | | | | | | | |
| Supplies | | | | | | | | | | | | |
| Taxes - Real Estate | | | | | | | | | | | | |
| Travel and Entertainment | | | | | | | | | | | | |
| Utilities | | | | | | | | | | | | |
| Other *(attach schedule)* | | | | | | | | | | | | |
| Total Expenses | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Debt Service | | | | | | | | | | | | |
| Professional Fees | | | | | | | | | | | | |
| U.S. Trustee Fees | | | | | | | | | | | | |
| Court Costs | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Net Income | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Tenant Improvements | | | | | | | | | | | | |
| Vacancy Allowance | | | | | | | | | | | | |
| Net Cash Flow | | | | | | | | | | | | |

**In re** 293 Franklin LLC

      **Debtor**

**Case No.** 19-45035 (CEC)

**Reporting Period:** 10/01/2019 - 10/31/2019

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | ✓ |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | ✓ | |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | ✓ |
| 8 | Are any post petition State or Federal income taxes past due? | | ✓ |
| 9 | Are any post petition real estate taxes past due? | | ✓ |
| 10 | Are any other post petition taxes past due? | | ✓ |
| 11 | Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 12 | Are any amounts owed to post petition creditors delinquent? | | ✓ |
| 13 | Have any post petition loans been been received by the Debtor from any party? | | ✓ |
| 14 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | ✓ |
| 15 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |
| 16 | Have the owners or shareholders received any compensation outside of the normal course of business? | | ✓ |

✱ Original Bank account still had outstanding checks & Outstanding ACH Deposits

 **BankUnited**

**Page 1 of 3**

P.O. Box 521599    Miami, FL 33152-1599

>019702 3530271 0001 008229 10Z
293 FRANKLIN LLC
DEBTOR-IN-POSSESSION
CASE # 1-19-45035-CEC
266 BROADWAY SUITE 501
BROOKLYN NY 11211

| | |
|---|---|
| **Statement Date: October 31, 2019** | |
| Account Number: ********9088 | |

**Customer Service Information**

 Client Care:   877-779-BANK (2265)

 Web Site:   www.bankunited.com

 Bank Address:   BankUnited
P.O. Box 521599
Miami, FL 33152-1599



## Customer Message Center

Introducing our new fraud text alert service! With BankUnited's fraud monitoring service, keeping your debit card safe is as easy as sending a text.

## DIP BUSINESS CHECKING  Account ********9088

### Account Summary

| | | | |
|---|---|---|---|
| Statement Balance as of 10/02/2019 | | | $0.00 |
| Plus | 3 | Deposits and Other Credits | $17,863.93 |
| Less | 3 | Withdrawals, Checks, and Other Debits | $5,190.49 |
| Less | | Service Charge | $0.00 |
| Plus | | Interest Paid | $0.00 |
| Statement Balance as of 10/31/2019 | | | $12,673.44 |

### Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 10/04/2019 | Customer Deposit | | $100.00 | $100.00 |
| 10/24/2019 | Customer Deposit | | $6,243.93 | $6,343.93 |
| 10/28/2019 | Customer Deposit | | $11,520.00 | $17,863.93 |
| 10/31/2019 | OUTGOING DOM WIRE: NISON LERNE | $5,000.00 | | $12,863.93 |
| 10/31/2019 | OUTGOING DOM WIRE FEE | $25.00 | | $12,838.93 |
| 10/31/2019 | Deluxe SBS    BUS PROD | $165.49 | | $12,673.44 |
| | 02046134575128 | | | |
| | 108 WALLABOUT 5A CORP | | | |



**BankUnited, N.A.**

 **BankUnited**

P.O. Box 521599    Miami, FL 33152-1599

**Statement Date: October 31, 2019**
Account Number: ********9088

---

**If your account does not balance please check the following carefully:**
Have you entered the amount of each check in your checkbook register?
Are the amounts of your deposits and other additions entered in your checkbook register the same as those on this statement?
Have you checked all additions and subtractions in your checkbook register?
Have you carried the correct balance forward when starting a new page in your checkbook register?

**IN CASE OF QUESTIONS OR ERRORS ABOUT YOUR STATEMENT:**
**PLEASE CALL (TOLL FREE) 1-877-779-BANK (2265) OR WRITE US AT:**

BankUnited Operations / EFT Error
7815 NW 148th ST, Miami Lakes, FL 33016

**For Consumer Customers Only**
Please contact us if you think your statement is wrong or if you need additional information about a transaction. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need further information.
3. Tell us the dollar amount of the suspected error.
You may be required to put your request in writing. We will investigate your complaint and will correct any error promptly.

**For Electronic Funds Transfers,** if we take more than 10 business days to investigate and correct the error, (20 business days if you are a new customer for electronic funds transfers occurring during the first 30 days after the first deposit is made to your account), we will recredit your consumer account for the amount you think is in error (plus interest if your account earns interest), so that you will have the use of the money during the time it takes us to complete our investigation.

**For Substitute Checks,** if we take more than 10 business days to investigate and correct the error, we will recredit your consumer account for the amount of loss up to the lesser of $2,500.00 (plus interest if your account earns interest) or the amount of the substitute check. If your account is new (30 days from the date your account was established), has been subject to repeated overdrafts, or we believe the claim is fraudulent, we may delay the availability of recredited funds until we determine the claim is valid or until the 45th day after the claim was submitted.

---

 EQUAL HOUSING LENDER

**Member FDIC** 

**BankUnited, N.A.**

# SIGNATURE BANK

293 FRANKLIN LLC
199 LEE AVENUE #635
BROOKLYN NY  11211

PRIVATE CLIENT GROUP 422
26 COURT STREET
BROOKLYN, NY 11242

| | Primary Account: | 5798 | 2 |
|---|---|---|---|

SIGNATURE CHECKING                5798

## Summary

| | |
|---|---:|
| Previous Balance as of October   01, 2019 | 263.61- |
| 3 Credits | 10,750.00 |
| 4 Debits | 12,097.23 |
| Ending Balance as of   October   31, 2019 | 1,610.84- |

### Deposits and Other Credits

| | | | | |
|---|---|---|---|---:|
| Oct 02  ACH DEPOSIT | ck/ref no. | 7763436 | | 5,660.00 |
| 293 FRANKLIN AVE     TELECHECK     44097351 | | | | |
| 002 0000000000005660009580653001 | | | | |
| Oct 04  ACH DEPOSIT | ck/ref no. | 8083985 | | 930.00 |
| 293 FRANKLIN AVE     TELECHECK     44097351 | | | | |
| 002 0000000000000930009580653001 | | | | |
| Oct 15  ACH DEPOSIT | ck/ref no. | 9080282 | | 4,160.00 |
| 293 FRANKLIN AVE     TELECHECK     44097351 | | | | |
| 002 0000000000004160009580653001 | | | | |

### Withdrawals and Other Debits

| | | | |
|---|---|---|---:|
| Oct 18  AUTOMATED PAYMENT | ck/ref no. | 9372665 | 25.44 |
| NATIONAL GRID NY    UTILITYPAY    00245042053 | | | |
| Oct 31  OD Finance Charge | | | 9.79 |

### Checks by Serial Number

| Oct 17 | 21 | 10,000.00 | Oct 15 | 25 * | 2,062.00 |
|---|---|---|---|---|---|

* Indicates break in check sequence



0000967-0122901-0004-0004-MSIGDDA1105192231238-09L

# SIGNATURE BANK



| 10/17/19 | 21 | 10,000.00 |

| 10/15/19 | 25 | 2,062.00 |

 **SIGNATURE BANK**

565 Fifth Avenue
New York, New York 10017

Statement Period
From October  01, 2019
To   October  31, 2019
Page 1 of 4

00000967  MSIGDDA1105  09  000000000 9 422
293 FRANKLIN LLC
199 LEE AVENUE #635
BROOKLYN NY  11211

**PRIVATE CLIENT GROUP 422**
**26 COURT STREET**
**BROOKLYN, NY 11242**

**See Back for Important Information**

**Primary Account:**       55798       **2**

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 5798    SIGNATURE CHECKING | | 263.61- | 1,610.84- |
| RELATIONSHIP    TOTAL | | | 1,610.84- |



## 293 Franklin Ave

| | **Budget** | | | |
|---|---|---|---|---|
| | | *Month* | | *Annual* |
| **Income** | | | | |
| Rent Income | $ | 9,090 | $ | 109,080 |
| **Expenses** | | | | |
| RE Taxes | | 333 | | 4,000 |
| Utility | | 66.67 | | 800 |
| Water | | 375 | | 4,500 |
| Repairs & Maintenance | | 1,500 | | 18,000 |
| Insurance | | 370 | | 4,441 |
| ** Broker Commission | | 1,000 | | 12,000 |
| * US Trustee Fees | | 108.33 | | 1,300 |
| **Total Expenses** | $ | **3,645** | $ | **45,041** |
| **Net Income** | | $ **5,445** | $ | **64,039** |

** except for Oct 2019 we need to pay $5,000
 * except for Oct 2019 we need to pay $325